IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN WILKINSON, et al., | : | |
|    Plaintiffs | : | |
| | : | CIVIL ACTION |
|       v. | : | |
| | : | NO. 09-507 |
| HUFFY CORPORATION, et al., | : | |
|    Defendants | : | |

## ORDER

**AND NOW**, this __11ᵗʰ_____ day of August 2009, it is **ORDERED** that

- All claims against Gerry Baby Products and Gerry Wood Products are **DISMISSED**.

- Defendant Huffy Corporation's 12(b)(6) Motion to Dismiss Count VI (Breach of Contract) of Plaintiffs' Complaint (Doc. #11) is **GRANTED**.

- Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6) by Defendant Evenflo Company, Inc. (Doc. #5), is **GRANTED** in part and **DENIED** in part:

    - the motion is **GRANTED** as to the claims of negligence (Count II), breach of express warranty (Count III), breach of implied warranty (Count IV), failure to warn (Count V), and breach of contract (Count VI)

    - the motion is **DENIED** as to the claim of strict liability (Count I).


                                              s/Anita  B. Brody

                                        _____
                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to: